**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ) 
ANNUITY, EDUCATION & TRAINING, INDUSTRY ) **ORDER AND**
ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. ) **JUDGEMENT**
Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross )
Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, )
and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456, )
) Civil Action Nos.
Plaintiffs, )
- against - ) 7:23-cv-11081 (KMK)
)
TRANSIT CONSTRUCTION CORP. and WILLIAM MASCETTA, )
Individually, )
)
Defendants )

---

**PURSUANT TO RULE 56(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE,**

the Court finds and orders as follows:

1. Plaintiffs Trustees of Teamsters Local 456 Pension, Health and Welfare, Annuity, Education and Training, Industry Advancement, and Legal Services Funds ("Funds") and the Westchester Teamsters Local Union No. 456 ("Union") maintain their offices at 160 South Central Avenue, Elmsford, New York 10523.

2. Defendants Transit Construction Corp. ("Company") and William Mascetta operate a construction business from 618 Saw Miller Road, Yonkers, New York 10710.

3. On November, 15 2024, the parties entered into a Stipulation concerning the above referenced case, including an instalment payment arrangement for the Company to pay the $88,063.92 owed by Defendants to the Funds and Union over the period December 15, 2024 through August 15, 2025 [Docket No. 26].

4. Defendants defaulted on the installment payment arrangement by failing to remit the ten thousand dollars ($10,000.00) due on January 15, 2025.

- 1 -

5. Pursuant to Sections 502(g)(2) and 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(g)(2), 1145, the Clerk of the Court shall enter judgment in favor of the Funds and Union and against Defendants Transit Construction Corp. and William Mascetta, individually, in the amount of **$78,063.92**, representing the $88,063.92 set forth in the Stipulation, minus the $10,000.00 in installment payments received in 2024. This judgment shall also include interest at the rate of 28 U.S.C. §1961 from the date below.

6. Plaintiffs shall have execution on this judgment in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED.**

DATED: 2/2/25

District Judge Kenneth M. Karas
United States District Court

TO:   Daniel Kornfeld, of Counsel
      Attorneys for Plaintiffs
      Office and Post Office Address
      1441 Broadway, Suite 3047
      New York, New York 10118
      Telephone: (212) 643-2672
      Facsimile: (315) 471-2623
      E-mail: dekornfeld@bklawyers.com

      Todd A. Bakal, Esq.
      Attorney for Defendants
      Office and Post Office Address
      50 Main Street, suite 1000
      White Plains, New York 10606
      Telephone: (914)
      E-mail: todd@bakal-law.com