**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TEAMSTERS LOCAL 456 PENSION, HEALTH &
WELFARE, ANNUITY, EDUCATION & TRAINING,
INDUSTRY ADVANCEMENT, AND LEGAL SERVICES
FUNDS, by Louis A. Picani, Joseph Sansone, Dominick
Cassanelli, Jr., Jeffrey Singer, Ross Pepe, and John T. Cooney as
Trustees and Fiduciaries of the Funds, and WESTCHESTER
TEAMSTERS LOCAL UNION NO. 456,

                                        Plaintiffs,

              - against –

TRANSIT CONSTRUCTION CORP. and WILLIAM
MASCETTA, Individually,

                                        Defendants.

---

**ORDER**

Civil Action No.
7:23-cv-11081
(KMK)

**WHEREAS,** on October 13, 2025, Plaintiffs Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, Industry Advancement, and Legal Services Funds together with the Westchester Teamsters Local Union No. 456 requested that this Court enter an order compelling Defendants to produce documents to enforce the judgment entered on February 3, 2025 ("Motion") [Docket No. 31]; and

**WHEREAS,** that Motion is unopposed; and

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that on or before December 15, 2025, the Defendants Transit Construction Corp, and William Mascetta, individually, shall serve on Plaintiffs' counsel at the address stated in the Motion Defendants' written response and the responsive documents related to Plaintiffs' First Request for Production of Documents dated March 6, 2025.

Dated: November  8 , 2025
White Plains, New York

**SO ORDERED:**

**KENNETH M. KARAS**
**UNITED STATES DISTRICT JUDGE**